In the Matter of PAUL A. VIVERS, an attorney at law.

For the order:  *Mr. Abram A. Lebson.*

January 30, 1961.  Respondent suspended until the further order of the court.